# ALABAMA COURT OF CRIMINAL APPEALS



January 17, 2025

**CR-2024-0253**

Larry Gene Jackson v. State of Alabama (Appeal from Calhoun Circuit Court: CC-23-1034)

# <u>NOTICE</u>

You are hereby notified that on January 17, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk